| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |
|---|---|---|

UNITED STATES,

        Plaintiff(s),

Case No. 2:13-CR-00261-JAM

v.

RAED MOURI and GEORGE BITTAR

        Defendant(s).

I, __MARGARET M. STANISH_____,

attorney for____RAED MOURI_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | WRIGHT STANISH & WINCKLER |
| Address: | 300 S. Fourth Street |
| | Suite 701 |
| City: | Las Vegas |
| State: | NV     ZIP Code: 89101 |
| Voice Phone: | ( 702 ) 382-4004 |
| FAX Phone: | ( 702 ) 382-4800 |
| Internet E-mail: | MStanish@wswlawlv.com |
| Additional E-mail: | Debbie@wswlawlv.com |
| I reside in City: | Henderson     State: NV |

I was admitted to practice in the _State of Nevada_ (court) on _October 4, 1990_ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not x☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Jeffrey Setness |
| Firm Name: | Lewis Brisbois Bisgaard & Smith, LLP |
| Address: | 6385 S. Rainbow Boulevard |
| | Suite 600 |
| City: | Las Vegas |
| State: | NV       ZIP Code: 89118 |
| Voice Phone: | ( 702 ) 893-3383 |
| FAX Phone: | ( 702 ) 893-3789 |
| E-mail: | Jsetness@abbslaw.com |

Dated: _9-9-13_     Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: 9-10-2013

[signature]
JUDGE, U.S. DISTRICT COURT

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Margaret M. Stanish**, Bar Number 4057, was admitted by the Supreme Court of the State of Nevada on 10/04/1990 and is an **ACTIVE** member of the State Bar of Nevada in good standing and is duly licensed to practice law as an Attorney and Counselor at Law in all courts of the State of Nevada.

DATED this Monday, August 26, 2013.



*Theresa Freeman*
Theresa Freeman
Member Services
State Bar of Nevada